# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ESTATE OF DANIEL HAMBRICK, ex rel VICKIE HAMBRICK, | )<br>)<br>) |
| *Plaintiff*, | ) Civil Action No: 3:19-cv-0216<br>)<br>) |
| v. | ) Judge Crenshaw<br>) |
| METROPOLITAN GOVERNMENT OF NASHVILLE-DAVIDSON COUNTY, TENNESSEE, | )<br>) Magistrate Judge Holmes<br>)<br>) |
| And | ) JURY DEMAND<br>) |
| ANDREW DELKE | )<br>) |
| *Defendants*. | ) |

## O R D E R

By the Initial Case Management Order entered May 30, 2019, Docket Entry No. 24, the Court scheduled a subsequent case management conference for September 18, 2019, at 2:00 p.m. Due to a conflict in the Court's calendar and to allow for the filing of an additional status report regarding the pending criminal charges against Defendant Delke, which is due on or about September 19, 2019, it is hereby

ORDERED that the subsequent case management conference is RESCHEDULED for **September 30, 2019 at 1:30 p.m. in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee,** to address the status of discovery (including any discovery issues or disputes); the status of Defendant Delke's Davidson County criminal charge; setting deadlines for and otherwise addressing reserved matters; any prospect for settlement (including propriety of ADR); selection of a target trial date (if appropriate); and any other appropriate matters. Prior

1

to the subsequent case management conference, counsel for the parties shall discuss these matters and, by no later than **three (3) business days** before the subsequent case management conference, file a proposed modified case management order and email a copy to Ms. Jeanne Cox, Courtroom Deputy, in Word format.

    It is so ORDERED.

                                                BARBARA D. HOLMES
                                                United States Magistrate Judge